**JUDGE HOLWELL**                                    **07 CV 4794**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ISLAND NAVIGATION COMPANY LIMITED,          :
                                            :       07 CV _____
                Plaintiff,                  :
                                            :       ECF CASE  JUN 0 5 2007
       - against -                          :
                                            :
RENAISSANCE INSURANCE GROUP,                :
                                            :
                Defendant.                  :
------------------------------------------------------------X

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

NONE.

Dated: June 5, 2007
       New York, NY

                                       The Plaintiff,
                                       ISLAND NAVIGATION COMPANY LIMITED

                                  By: _____
                                       Patrick F. Lennon (PL 2162)
                                       Nancy R. Peterson (NP 2871)
                                       LENNON, MURPHY & LENNON, LLC
                                       The Gray Bar Building
                                       420 Lexington Ave., Suite 300
                                       New York, NY 10170
                                       (212) 490-6050
                                       facsimile (212) 490-6070
                                       nrp@lenmur.com
                                       pfl@lenmur.com