RECEIVED JUL 12 2007 CHAMBERS OF RICHARD J. HOLWELL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ISLAND NAVIGATION COMPANY LIMITED,

          Plaintiff,

- against -

RENAISSANCE INSURANCE GROUP,

          Defendant.
-------------------------------------------------------X

07 Civ. 4794 (RJH)

ECF CASE

## NOTICE OF VOLUNTARY DISMISSAL

Please take notice, there having been no appearance from the Defendant that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a) and all funds attached pursuant to the Ex-Parte Order issued herein should be released immediately.

Dated: July 12, 2007
      Southport, CT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/07

The Plaintiff,
ISLAND NAVIGATION COMPANY LIMITED

By: _____
Patrick F. Lennon (PL 2162)
Nancy R. Peterson (NP 2871)
LENNON, MURPHY & LENNON, LLC
The Gray Bar Building
420 Lexington Ave., Suite 300
New York, NY 10170
Phone (212) 490-6050
Fax (212) 490-6070
pfl@lenmur.com
nrp@lenmur.com

SO ORDERED:

_____
U.S.D.J.